Approved.

IT IS SO ORDERED.

s/ James R. Knepp II
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Rosa Lilia Ornelas<br>Plaintiff, | ) |
| v. | ) Civil Action No.: 25-cv-02160-JRK |
| Joseph Edlow, Director,<br>U.S. Citizenship and Immigration Services; | ) |
| Markwayne Mullin, Secretary,<br>U.S. Department of Homeland Security. | ) |
| Todd Blanche,<br>Attorney General of the United States; | ) |
| Defendants | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff moves to voluntarily dismiss this lawsuit. Plaintiff, Rosa Lilia Ornelas Ornelas has been issued a bona fide determination with ancillary benefits including deferred action and employment authorization. Plaintiff's Notice of Voluntary Dismissal is being filed herein prior to the service of either an answer or a motion for summary judgment by any of the defendants.

Respectfully submitted,

/s/Margaret Wong
Margaret Wong
Attorney for Petitioner
3150 Chester Ave.
Cleveland, Ohio 44114
(216) 566-9908
(216) 566-1125 (fax)